UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHRISTOPHER ALFRED** #A034-362-347 | **CIVIL ACTION NO. 25-425 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **KRISTI NOEM** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 3), no objection having been filed, and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by CHRISTOPHER ALFRED (R. Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 22nd day of May, 2025.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT